# United States Bankruptcy Court
## District of Nevada

Case No. **10–30133–btb**

Chapter 7

In re: (Name of Debtor)
    MARCELINO ESTRADA–CORTEZ      MARIA ELENA ESTRADA
    aka MARCELINO ESTRADA      aka MARIA E ESTRADA
    4705 HANSEL CIRCLE      aka MARIA ESTRADA
    LAS VEGAS, NV 89102      aka ELENA ESTRADA
          4705 HANSEL CIRCLE
          LAS VEGAS, NV 89102

Social Security No.:
    xxx–xx–2088      xxx–xx–7860

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the debtor(s) did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

IT IS ALSO ORDERED that YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

Dated: 2/1/11      BY THE COURT

     *Mary A. Schott*

     Mary A. Schott
     Clerk of the Bankruptcy Court